■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VAN WALKER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Jackson, J.), rendered September 19, 1988, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed *(see,* CPL 470.05 [2]; *People v Sanchez,* 65 NY2d 436; *People v Crimmins,* 36 NY2d 230; *People v Roopchand,* 107 AD2d 35, *affd* 65 NY2d 837; *People v Suitte,* 90 AD2d 80). Mangano, P. J., Bracken, Lawrence and Kunzeman, JJ., concur.